## Pittsburgh Policemen's Pension Fund Board, Appellant, *v.* Frey.

Argued March 15, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*John A. Metz, Jr.,* with him *John A. Metz* and *Metz, McClure, Hanna & MacAlister,* for appellant.

*Albert E. Kabet,* for appellees.

OPINION PER CURIAM, April 18, 1955:
The order of the court below is affirmed on the opinion of Judge DUFF.